IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02077-RPM-BNB

MELVIN KANZLER,

Plaintiff,

v.

COLLECTO, INC., d/b/a COLLECTION COMPANY OF AMERICA, a Massachusetts limited liability company,

Defendant.

_____

## ORDER

_____

I have reviewed the confidential settlement letters submitted by each party. As a result, I am convinced that the possibility of settlement will be enhanced if the plaintiff makes an opening (and good faith) settlement demand in advance of the settlement conference.

IT IS ORDERED that the plaintiff shall make an opening settlement demand on or before **Friday, February 1, 2008, at 4:00 p.m.**

Dated January 31, 2008.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge