IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02077-RPM-BNB

MELVIN KANZLER,

Plaintiff,

v.

COLLECTO, INC., d/b/a COLLECTION COMPANY OF AMERICA, a Massachusetts limited liability company,

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **February 19, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated February 5, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge