**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02077-RPM-BNB

MELVIN KANZLER,

    Plaintiff,

v.

COLLECTO, INC., a Massachusetts corporation,
d/b/a COLLECTION COMPANY OF AMERICA,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED that this case is Dismissed with Prejudice, with each party to pay their own attorney's fees and costs.

DATED: February 13th, 2008

    BY THE COURT:

    s/Richard P. Matsch
    _____
    U.S. DISTRICT JUDGE